# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161672

CHARLETTE LEGION-LONDON, a/k/a
CHARLETTE LEGION, a/k/a CHARLETTE
LONDON,
      Plaintiff-Appellee,

v

THE SURGICAL INSTITUTE OF MICHIGAN
AMBULATORY SURGERY CENTER, LLC,
MICHIGAN BRAIN & SPINE PHYSICIANS
GROUP, PLLC, and ARIA SABIT, M.D.,
      Defendants-Appellees,

and

KEVIN CRAWFORD, D.O., PC and
KEVIN CRAWFORD, D.O.,
      Defendants-Appellants.

SC: 161672
COA: 344838
Oakland CC: 2016-155115-NH

_____/

On order of the Court, the application for leave to appeal the February 6, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellants shall file a supplemental brief by August 30, 2021, with no extensions except upon a showing of good cause, addressing whether the Court of Appeals erred when it determined that the second affidavit of merit constituted an amendment of the first affidavit of merit. In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The plaintiff-appellee shall file a supplemental brief within 21 days of being served with the appellants' brief. A reply, if any, must be filed by the appellants within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Negligence Law Section of the State Bar of Michigan, the Michigan Association for Justice, and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021

a0310



Clerk